**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00667-CV

### BASIC ENERGY SERVICES, L.P., Appellant

### V.

### EXCO RESOURCES, INC., ET AL., Appellees

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-11-07735-E

## ORDER

We **GRANT** court reporter Vikki L. Ogden's August 6, 2015 extension request and **ORDER** the record be filed no later than October 30, 2015. We caution Ms. Ogden that no further extensions may be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE